## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

NIDIA VACA SAAVEDRA *obo* L.S.C.,  :
                                            :

        Petitioner,      :

                                              :

v.                                     :      Case No. 4:26-cv-1010-CDL-AGH

                                            :          28 U.S.C. § 2241

Warden, STEWART DETENTION   :

CENTER, *et al.*,            :

                                              :

        Respondents.    :

_____

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on July 14, 2026 (ECF No. 1).[1]  Having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response.  28 U.S.C. § 2243.  Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application.  Within fourteen (14) days thereafter, Petitioner should file any desired reply.  The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 17th day of July, 2026.

                                   s/ *Amelia G. Helmick*
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The application was filed by Nidia Vaca Saavedra as next friend for L.S.C., who is detained at Stewart Detention Center.  Pet. Mem. Supp. 2, ECF No. 1-1.  The Court finds Ms. Saavedra sufficiently alleged standing as next friend.  *See Francis v. Warden, FCC Coleman-USP*, 246 F. App'x 621, 622 (11th Cir. 2007) (quoting *Whitmore v. Arkansas*, 495 U.S. 149, 163 (1990)); *see also* 28 U.S.C. § 2242 (permitting an application for habeas relief to be signed by "someone acting in his behalf.").  Thus, the Court will refer to Ms. Saavedra and L.S.C. jointly as Petitioner, and the Clerk is directed to update the docket to reflect this change.