**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | | |
|---|---|---|
| L.S.C., Petitioner, | : | |
| v. | : | Case No. 4:26-cv-1010-CDL-AGH<br>28 U.S.C. § 2241 |
| Warden, STEWART DETENTION CENTER, Respondent. | : | |

## ORDER

On July 17, 2026, the Court granted Nidia Vaca Saavedra status as next friend for L.S.C., who is detained at Stewart Detention Center, and ordered Respondent to file a response to Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241. Order, ECF No. 3. On August 7, 2026, Respondent filed a motion to dismiss Petitioner's habeas petition (ECF No. 5), and that same day, the Court notified Petitioner of his right to file a response to the motion to dismiss (ECF No. 6). However, the service copies of the Court's orders and notices that were sent to Ms. Saavedra have been returned as undeliverable due to an insufficient address (ECF Nos. 4, 7).

Consequently, because Petitioner did not receive the Court's notice of his right to file a response to the motion to dismiss, the Clerk is directed to reactivate Petitioner as the sole Petitioner in this case and to update the docket accordingly, and to send service copies of the Court's Order and Notice (ECF Nos. 3, 7) to Petitioner

at Stewart Detention Center. Petitioner shall file any desired response to the motion to dismiss within thirty days of the date of this Order. Petitioner must also notify the Court in writing of any address change while this case is pending. Failure to comply with the Court's orders may result in the dismissal of this case.

**SO ORDERED**, this 25th day of August, 2026.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE